

THE OFFICE OF THE ATTORNEY GENERAL OF TEXAS

**MARY B. QUIMBY**
Assistant Attorney General
General Litigation Division

PHONE: (512) 475-4092
FAX: (512) 320-0667
EMAIL: mary.quimby@oag.texas.gov

June 29, 2023

<u>Via CM/ECF:</u>
Judge Nelva Gonzales Ramos
United States Courthouse
1133 N. Shoreline Blvd.
Corpus Christi, TX 78401

Re:     Re: Civil Action No. 2:23-cv-00046; *Mariselda De La Paz v Texas A&M University-Kingsville;* In the United States District Court for the Southern District of Texas, Corpus Christi Division

Dear Judge Ramos:

With regard to the matter referenced above, this letter serves as written notice that I will be on parental leave for 12 weeks beginning June 29, 2023. During this time period, I respectfully request that no hearings, conferences, trial, other court appearances, or deadlines be scheduled. I would also request that no discovery be propounded during this period.

Should you need to contact me during this time, please feel free to contact my assistant, Laura Hendrix, at (512) 463-5574. Thank you for your attention and assistance in this matter.

Very truly yours,

*/s/ Mary B. Quimby*
MARY B. QUIMBY
Assistant Attorney General
General Litigation Division

MBQ/lh

cc: all counsel of record