United States District Court
Southern District of Texas
**ENTERED**
July 13, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARISELDA DE LA PAZ, | § |
| | § |
| Plaintiff, | § |
| | § |
| VS. | § CIVIL ACTION NO. 2:23-CV-00046 |
| | § |
| TEXAS A & M UNIVERSITY KINGSVILLE, | § |
| | § |
| Defendant. | § |

## ORDER

Before the Court is Defendant's Motion to Dismiss (D.E. 7). On July 3, 2023, Plaintiff, with leave of Court granted on May 4, 2023, filed an amended complaint (D.E. 16), which does not reference the earlier complaint (D.E. 1). "An amended complaint supersedes the original complaint and renders it of no legal effect unless the amended complaint specifically refers to and adopts or incorporates by reference the earlier pleading." *King v. Dogan*, 31 F.3d 344, 346 (5th Cir. 1994) (citing *Boelens v. Redman Homes, Inc.,* 759 F.2d 504, 508 (5th Cir.1985)). A motion to dismiss addressed to a superseded complaint is moot. *See Maxim Integrated Prod., Inc. v. State Farm Mut. Auto. Ins. Co.*, No. SA-14-CV-1030-XR, 2015 WL 10990119, at *1 (W.D. Tex. Feb. 12, 2015) (citing *Merritt v. Fogel*, 349 F. App'x 742, 745 (3d Cir. 2009)). Consequently, the Court TERMINATES AS MOOT Defendant's Motion to Dismiss (D.E. 7).

**ORDERED** on July 13, 2023.

NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE