IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARISELDA DE LA PAZ § <br> Plaintiff, § <br> § <br> V. § <br> § <br> TEXAS A&M UNIVERSITY § <br> KINGSVILLE § <br> Defendant § | CIVIL ACTION NO. 2:23-cv-00046 |

**PARTIES' NOTICE OF SETTLEMENT**

TO THE HONORABLE JUDGE RAMOS:

NOW COME Defendant, Texas A&M University Kingsville, and Plaintiff, Mariselda De La Paz, and notifies the Court that the parties have reached an agreement to amicably resolve this matter. Accordingly, the Parties respectfully request this Court to stay all pending deadlines, and that the parties be allowed 90 days to finalize the settlement and file a dismissal.

                              Respectfully submitted,

                              KEN PAXTON
                              Attorney General of Texas

                              BRENT WEBSTER
                              First Assistant Attorney General

                              JAMES LLOYD
                              Deputy Attorney General for Civil Litigation

                              KIMBERLY GDULA
                              Chief, General Litigation Division

| | |
|---|---|
| */s/ Adam Poncio (with permission)* <br> **ADAM PONCIO** <br> State Bar No. 16109800 <br> S.D. Id No. 194847 <br> **ALAN BRAUN** <br> State Bar No. 2405488 <br> Poncio Law Office <br> A Professional Corporation | */s/ Mary B. Quimby* <br> **MARY B. QUIMBY** <br> *Attorney in Charge* <br> Texas Bar No. 24132506 <br> Southern District Bar No. 3821837 <br> **COLE P. WILSON** <br> Texas Bar No. 24122856 <br> Southern Dist. No. 3864133 |

1

| | |
|---|---|
| 5410 Fredericksburg Rd., Suite 310<br>San Antonio, Texas 78229<br>aponcio@ponciolaw.com<br>abraun@ponciolaw.com<br>**CHRIS MCJUNKIN**<br>State Bar No.13686525<br>Southern .Dist No. 23548<br>4510 Anthony St.<br>Corpus Christi, Texas 78415<br>cmcjunkin@stx.rr.com<br>*Counsel for Plaintiff* | Assistant Attorneys General<br>General Litigation Division<br>Office of the Attorney General<br>P.O. Box 12548, Capitol Station<br>Austin, Texas 78711-2548<br>(512) 463-2120-Phone/(512) 320-0667-Fax<br>mary.quimby@oag.texas.gov<br>*Counsel for Defendant* |

### CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2024, a true and correct copy of this document was electronically filed using the Court's CM/ECF system, which will send notification of such filing to the following counsel of record:

Adam Poncio
Alan Braun
Poncio Law Office
A Professional Corporation
5410 Fredericksburg Rd., Suite 310
San Antonio, Texas 78229
aponcio@ponciolaw.com
*Counsel for Plaintiff*

Chris McJunkin
4510 Anthony St.
Corpus Christi, Texas 78415
cmcjunkin@stx.rr.com
*Counsel for Plaintiff*

                                                  */s/ Mary B. Quimby*
                                                  **MARY B. QUIMBY**